**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
1st Amended Plan

DEBTOR: Odalys Garcia De Arcia   JOINT DEBTOR:                      CASE NO.: 14-19196-RAM
Last Four Digits of SS# 3035          Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $ 1856.57 for months 1 to 60 ; in order to pay the following creditors:

Administrative:   Attorney's Fee - $ 3,650    TOTAL PAID $ 1,500
                  Balance Due $ 2,150 payable $ 107.50/month (Months 1 to 20)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Specialized Loan Servicing, LLC          Arrearage on Petition Date   $19,399.74
Address: Attn: Bankruptcy Dept.             Arrears Payment   $ 323.33    /month (Months 1 to 60)
         8742 Lucent Boulevard              Regular Payment   $ 1,224.66  /month (Months 1 to 60)
         Suite 300
         Highlands Ranch, CO 80129
Account No: 1005997672

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None              Total Due $
                     Payable   $         /month (Months     to    ) Regular Payment $

Unsecured Creditors: Pay $15.42 /month (Months 1 to 20) and Pay $ 122.92 /month (Months 21 to 60) .

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Bright Auto Sales Corp. and will continue to pay said creditor directly outside the chapter 13 plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the
pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

        /s/Robert Sanchez, Esq.
Attorney for Debtor                              Joint Debtor
Date: 6/13/2014                                  Date:

LF-31 (rev. 01/08/10)