UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:
Odalys Garcia De Arcia,                              Case No. 14-19196-RAM
         Debtor                                      Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, Odalys Garcia De Arcia, by and through her undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1.     On April 23, 2014 the instant case was filed.

2.     On July 7, 2014 debtor's first amended chapter 13 plan was confirmed whereby the Debtor is curing the arrears and maintaining regular payments to her homestead mortgage Creditor, Specialized Loan Servicing, LLC ("SLS").

3.     On February 08, 2016, SLS filed a Notice of Mortgage Payment Change whereby the escrow payments were going to change on March 1, 2016.

4.     The debtor desires to Modify her plan in order to remain current with her regular payments on the homestead property.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was

sent via ecf and U.S. Mail this 19th day of February 2016:  to all parties on the service

list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Streer
Hialeah, FL 33012
Tel. 305-687-8008

By:_/s/ Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161