# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

IN RE:

| | |
|---|---|
| ODALYS GARCIA DE ARCIA | CASE NO.   14-19196-RAM |
| *AKA* ODALYS D ARCIA | |
| *AKA* ODALYS GARCIA | CHAPTER   13 |
| *AKA* ODALYS DE ARCIA | |
| *AKA* ODALYS G GARCIA | |
| *AKA* ODALYS G GARCIA DEARCIA | |
| *AKA* ODALYS G GARCIA DE ARCIA | |
| *AKA* ODALYS DEARCIA | |
| *AKA* ODALYS ARCIA | |
| *AKA* ODALYS GARCIA DEARCIA | |
| DEBTOR. | |
| _____/ | |

## NOTICE OF FILING

Buckley Madole, P.C., counsel for Specialized Loan Servicing LLC as servicing agent for The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-12, enters their Notice of Filing Escrow Analysis relating to the February 8, 2016, Notice of Mortgage Payment Change regarding Claim 2-1.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF notice to the parties below this 25th day of May 2016.

**VIA CM/ECF NOTICE**
Odalys Garcia De Arcia
c/o Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Trustee
Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

                                        **BUCKLEY MADOLE, P.C.**

                                        */s/ Austin M. Noel*
Austin M. Noel, Esquire
Florida Bar Number 106539
Buckley Madole, P.C.
P.O. Box 22408
Tampa, FL 33622
Telephone/Fax: 813-774-6221
bkfl@buckleymadole.com