

**SLS**
8742 Lucent Blvd., Suite 300
Highlands Ranch, CO 80129
1-800-315-4SLS (4757)

ODALYS GARCIA
1738 NW 4TH ST
MIAMI FL 33125-4522

## ESCROW ACCOUNT DISCLOSURE STATEMENT

Statement Date: 01/08/16
Customer Care Number: 1-800-315-4757
Hours:
Monday through Friday 6:00 am to 6:00 pm MT
SLS accepts calls from relay services on behalf of hearing impaired borrowers

PROPERTY ADDRESS:
1738 NW 4 ST
MIAMI, FL 33125

### ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - ACCOUNT HISTORY

LOAN NUMBER: _____   March 2015 THRU February 2016        DATE: 01/08/16

PAST YEARS PAYMENT BREAKDOWN:
PRIN & INTEREST       707.90
ESCROW PAYMENT        559.68
SHORTAGE PYMT          81.40
TOTAL PAYMENT:       1348.98

| MONTH | PAYMENTS TO ESCROW PROJECTED | PAYMENTS TO ESCROW ACTUAL | PAYMENTS FROM ESCROW PROJECTED | PAYMENTS FROM ESCROW DESCRIPTION | PAYMENTS FROM ESCROW ACTUAL | | DESCRIPTION | ESCROW BALANCE REQUIRED | ESCROW BALANCE ACTUAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | STARTING BALANCE | 4473.32 | -4047.63 |
| Mar 15 | 559.68 * | 585.72 P | 0.00 | | 0.00 | | | 5033.00 | -3461.91 |
| Apr 15 | 559.68 * | 585.72 P | 0.00 | | 5171.00 | * | HOMEOWNERS | 5592.68 | -8047.19 LP |
| May 15 | 559.68 * | 585.72 P | 5033.00 | HOMEOWNERS | 0.00 | * | | 1119.36 | -7461.47 |
| Jun 15 | 559.68 * | 1033.52 P | 0.00 | | 0.00 | | | 1679.04 | -6427.95 |
| Jul 15 | 559.68 * | 516.76 P | 0.00 | | 0.00 | | | 2238.72 | -5911.19 |
| Aug 15 | 559.68 * | 1033.52 P | 0.00 | | 0.00 | | | 2798.40 | -4877.67 |
| Sep 15 | 559.68 * | 516.76 P | 0.00 | | 0.00 | | | 3358.08 | -4360.91 |
| Oct 15 | 559.68 * | 516.76 P | 1683.16 | COUNTY TAXES | 0.00 | * | | 2234.60 | -3844.15 |
| Nov 15 | 559.68 * | 1033.52 P | 0.00 | | 1669.81 | * | COUNTY TAXES | 2794.28 | -4480.44 |
| Dec 15 | 559.68 * | 23.77 P | 0.00 | | 0.00 | | | 3353.96 | -4456.67 |
| Jan 16 | 559.68 | 0.00 | 0.00 | | 0.00 | | | 3913.64 | -4456.67 |
| Feb 16 | 559.68 | 0.00 | 0.00 | | 0.00 | | | 4473.32 | -4456.67 |
| TOTALS | 6716.16 | 6431.77 | 6716.16 | | 6840.81 | | | | |

(P) ACTUAL PAYMENTS TO ESCROW ARE DESIGNATED AS MONTHLY PAYMENTS.
(IOE) INTEREST PAYMENTS ON THE ESCROW BALANCE.
(*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE ANTICIPATED PAYMENTS TO OR FROM ESCROW AND THE ACTUAL PAYMENTS TO OR FROM ESCROW.
(E) INDICATES AN ESTIMATED PAYMENT.

LAST YEAR, WE ANTICIPATED THAT PAYMENTS FROM YOUR ESCROW ACCOUNT WOULD BE MADE DURING THIS PERIOD EQUALING $6716.16. UNDER FEDERAL LAW, YOUR ACTUAL LOWEST MONTHLY BALANCE (LP) SHOULD NOT HAVE EXCEEDED $1119.36 OR 1/6 OF THE ANTICIPATED PAYMENTS FROM YOUR ESCROW ACCOUNT UNLESS YOUR MORTGAGE DOCUMENTS OR STATE LAW SPECIFIES A LOWER AMOUNT. YOUR ACTUAL LOWEST ESCROW BALANCE WAS $-8047.19.
THE INFORMATION PROVIDED DOES NOT REQUIRE ANY ACTION ON YOUR PART. IF YOU HAVE ANY QUESTIONS, PLEASE CALL OUR TOLL FREE NUMBER 1-800-315-4757.

### ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS

LOAN NUMBER: _____   March 2016 THRU February 2017        DATE: 01/08/16

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
Please retain this statement for comparison with the actual activity in your account at the end of the next escrow accounting computation year.

--------PROJECTED ESCROW DISBURSEMENTS--------
HOMEOWNERS      5171.00
COUNTY TAXES    1669.81
TOTAL PROJECTED ESCROW DISBURSEMENTS:    6840.81    ESCROW PAYMENT CALCULATION:   6840.81 / 12 = 570.06

AS OF THE EFFECTIVE DATE, THE CURRENT ESCROW ACCOUNT BALANCE IS $-4456.67. YOUR ESCROW BALANCE SHOULD BE $4372.35. THE DIFFERENCE BETWEEN THESE TWO AMOUNTS IS $8829.02. HOWEVER, THE FOLLOWING PROJECTION ASSUMES THE ESCROW BALANCE IS WHAT IT SHOULD BE $4372.35.

*THIS PROJECTION ASSUMES THAT YOUR ACCOUNT IS CURRENT ALTHOUGH THIS IS NOT THE CASE.
(Continued on Reverse side of Page)

Specialized Loan Servicing LLC
P.O. Box 636005
Littleton, CO 80163-6005

SHORTAGE ADJUSTMENT
NOTIFICATION

LOAN NUMBER: _____
STATEMENT DATE: 01/08/16

**SHORTAGE AMOUNT**
**$-228.59**

DO NOT REMIT ANY SHORTAGE AMOUNT WITH YOUR REGULAR PAYMENT. YOUR SHORTAGE AMOUNT SHOULD BE REMITTED WITH THIS COUPON ONLY.

ESCROW $ _____

Specialized Loan Servicing LLC
P.O. Box 636005
Littleton, CO 80163-6005

1738 NW 4 ST
MIAMI, FL 33125

NAME: Odalys Garcia

Continue of Account:
For ESCROW DISCLOSURE STATEMENT

| MONTH | TO ESCROW | FROM ESCROW | PROJECTED PAYMENTS DESCRIPTION | ESCROW BALANCE REQUIRED | PROJECTED |
|---|---|---|---|---|---|
| | | | STARTING BALANCE | 4600.94 | 4372.35 |
| Mar 16 | 570.06 | 0.00 | | 5171.00 | 4942.41 |
| Apr 16 | 570.06 | 0.00 | | 5741.06 | 5512.47 |
| May 16 | 570.06 | 5171.00 | HOMEOWNERS | 1140.12 | 911.53 |
| Jun 16 | 570.06 | 0.00 | | 1710.18 | 1481.59 |
| Jul 16 | 570.06 | 0.00 | | 2280.24 | 2051.65 |
| Aug 16 | 570.06 | 0.00 | | 2850.30 | 2621.71 |
| Sep 16 | 570.06 | 0.00 | | 3420.36 | 3191.77 |
| Oct 16 | 570.06 | 0.00 | | 3990.42 | 3761.83 |
| Nov 16 | 570.06 | 1669.81 | COUNTY TAXES | 2890.67 | 2662.08 |
| Dec 16 | 570.06 | 0.00 | | 3460.73 | 3232.14 |
| Jan 17 | 570.06 | 0.00 | | 4030.79 | 3802.20 |
| Feb 17 | 570.06 | 0.00 | | 4600.85 | 4372.26 |
| TOTALS | 6840.72 | 6840.81 | | | |

CUSHION SELECTED BY SERVICER: 1140.12

THIS PROJECTION ASSUMES THAT YOUR ESCROW ACCOUNT WAS CURRENT AT THE START OF THE PROJECTED PERIOD. HOWEVER, YOUR ESCROW ACCOUNT IS NOT CURRENT. YOUR ESCROW BALANCE SHOULD BE $4372.35, BUT YOUR CURRENT ESCROW BALANCE, AS OF THE EFFECTIVE DATE IS $-4456.67.

PLEASE KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.

BELOW IS YOUR NEW MONTHLY PAYMENT BREAKDOWN FOR THE NEXT 12 MONTHS EFFECTIVE 03/01/16

| | |
|---|---|
| PRIN & INTEREST | 822.41 |
| ESCROW PAYMENT | 570.06 |
| SHORTAGE PYMT | 19.04 |
| TOTAL | 1411.51 |

## Escrow Overview

If you have an escrow account, it means that part of your monthly mortgage payment goes into an account to pay for your property taxes and/or insurance premiums. During the year, payments are made from your escrow account when tax and/or insurance bills become due. The Escrow Account Disclosure Statement shows how much money has been credited to and paid from the escrow account over the last 12 months. Additionally, both the projected and required balances are compared to insure that we are collecting the appropriate amount.

If there is too much money in your escrow account (a surplus), and your loan payments are current, we will credit you as follows: *

- Surplus of $50.00 or more- a refund check is attached to this statement
- Surplus of less than $50.00-your monthly payments are lowered accordingly

*If your property is in MD or NV and you have a surplus in your escrow account: The guidelines above will automatically be followed. However, you may select one of the following options for handling your surplus: 1) you may request a refund of the surplus regardless of the amount, 2) you may apply the surplus toward a loan payment or 3) you may leave the surplus in your escrow account.

If there is too little money in your escrow account (a shortage), we will adjust your payment to make up the difference. Increases in your property taxes or insurance premiums are the most common cause of a shortage in your escrow account. The shortage will be adjusted by (1/12) of the shortage amount and added to your monthly payment unless the full shortage is paid within 30 days. If you pay the shortage in full, please send a written request for a new escrow analysis. A new analysis with updated payment information will be sent to you.

If you are being notified of an escrow shortage and monthly payment increase and are unable to afford your new monthly payment, please contact Customer Care immediately at 1-800-315-4757, Monday through Friday, 8:00 a.m. until 5:00 p.m. MT. There may be other options available to assist you.

BANKRUPTCY NOTICE - IF YOU ARE A CUSTOMER IN BANKRUPTCY OR A CUSTOMER WHO HAS RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT: PLEASE BE ADVISED THAT THIS NOTICE IS TO ADVISE YOU OF THE STATUS OF YOUR MORTGAGE LOAN. THIS NOTICE CONSTITUTES NEITHER A DEMAND FOR PAYMENT NOR A NOTICE OF PERSONAL LIABILITY TO ANY RECIPIENT HEREOF, WHO MIGHT HAVE RECEIVED A DISCHARGE OF SUCH DEBT IN ACCORDANCE WITH APPLICABLE BANKRUPTCY LAWS OR WHO MIGHT BE SUBJECT TO THE AUTOMATIC STAY OF SECTION 362 OF THE UNITED STATES BANKRUPTCY CODE. HOWEVER, IT MAY BE A NOTICE OF POSSIBLE ENFORCEMENT OF THE LIEN AGAINST THE COLLATERAL PROPERTY, WHICH HAS NOT BEEN DISCHARGED IN YOUR BANKRUPTCY. IF YOU HAVE QUESTIONS, PLEASE CONTACT US AT 1-800-306-6057.