UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                Case No. 14-19196-RAM

Odalys Garcia De Arcia

       Debtor(s).                                                Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, by and through her undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On April 23, 2014 the instant case was filed.

2. On July 7, 2014 Debtor's First Amended Chapter 13 plan was confirmed.

3. In debtor's confirmed plan, the debtor is paying Creditor Bank of New York Mellon / Specialized Loan Servicing, LLC regular ongoing payments and cure payments.

4. Creditor filed a notice of mortgage payment change on February 8, 2017, wherein the regular payment of the debtor's mortgage has increased.

5. Debtor desires to modify her plan in order to provide for the new payment.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's Second Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf to Nancy K. Neidich, Trustee and U.S. Mail on April 3, 2017: to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161