**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
SECOND Modified Plan

DEBTOR: Odalys Garcia De Arcia  JOINT DEBTOR: _____  CASE NO.: 14-19196-RAM
Last Four Digits of SS# 3035    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 1,876.37 for months 1 to 35 ; in order to pay the following creditors:
    B.    $ 2,016.01 for months 36 to 60 ; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3,650 + $525 (Motion to Modify) + $525 (Motion to Modify) = $4,700 TOTAL PAID $ 1,500  Balance Due $ 3,200  payable $ 76.43/month (Months 1 to 35); payable $ 21.00/month (Months 36 to 60)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Specialized Loan Servicing, LLC      Arrearage on Petition Date  $19,399.74
Address: Attn: Bankruptcy Dept.      Arrears Payment  $ 341.41 /month (Months 1 to 35)
    8742 Lucent Boulevard      Arrears Payment  $ 298.02 /month (Months 36 to 60)
    Suite 300      Regular Payment  $ 1,399.01 /month (Months 1 to 35)
    Highlands Ranch, CO 80129      Regular Payment $ 1,495.39/month (Months 36 to 60)
    Account No: 1005997672

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None      Total Due $_____
    Payable  $_____/month (Months ____ to ____ ) Regular Payment $_____

Unsecured Creditors: Pay $ 6.71 /month (Months 1 to 35) and Pay $ 0.00 /month (Months 36 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Bright Auto Sales Corp. and will continue to pay said creditor directly outside the chapter 13 plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for Debtor          Joint Debtor
Date: 4/3/2017          Date: _____

LF-31 (rev. 01/08/10)