UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
THIRD Modified Plan

DEBTOR: Odalys Garcia De Arcia    JOINT DEBTOR: _____    CASE NO.: 14-19196-RAM
Last Four Digits of SS# 3035    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 1,876.37 for months 1 to 35 ; in order to pay the following creditors:
    B.    $ 2,138.31 for months 36 to 60 ; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3,650 + $525 (Motion to Modify) + $525 (Motion to Modify) = $4,700 TOTAL PAID $ 1,500  Balance Due $ 3,200  payable $ 76.43/month (Months 1 to 35); payable $ 21.00/month (Months 36 to 60)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Specialized Loan Servicing, LLC    Arrearage on Petition Date  $19,399.74
Address: Attn: Bankruptcy Dept.    Arrears Payment   $ 341.41  /month (Months 1 to 35)
    8742 Lucent Boulevard    Arrears Payment   $ 298.02  /month (Months 36 to 60)
    Suite 300    Regular Payment   $ 1,399.01  /month (Months 1 to 35)
    Highlands Ranch, CO 80129    Regular Payment $ 1,605.46/month (Months 36 to 60)
    Account No: 1005997672

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None    Total Due $_____
    Payable   $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 6.71 /month (Months 1 to 35) and Pay $ 0.00 /month (Months 36 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Bright Auto Sales Corp. and will continue to pay said creditor directly outside the chapter 13 plan.
The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for Debtor        Joint Debtor
Date: 5/8/2017        Date: _____

LF-31 (rev. 01/08/10)