| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Odalys Garcia De Arcia |
| | aka Odalys D Arcia aka Odalys Garcia aka Odalys De Arcia aka Odalys G Garcia aka Odalys G Garcia Dearcia aka Odalys G Garcia De Arcia aka Odalys Dearcia aka Odalys Arcia aka Odalys Garcia Dearcia |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Florida (State) |
| Case number | 14-19196-RAM |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

Statement / Response Date: 06/21/2019

| | | |
|---|---|---|
| **Name of creditor:** | The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-12 c/o Specialized Loan Servicing | **Court claim no.** (if known): 2-1 |
| **Last 4 digits** of any number you use to identify the debtor's account: | | 7672 |
| **Property address:** | 1738 NW 4 St | |
| | Number    Street | |
| | Miami, Florida 33125 | |
| | City    State    ZIP Code | |

### Part 2: Prepetition Default Payments

*Check One:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 08/01/2019
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| Debtor 1 | Odalys Garcia De Arcia | Case number (if known) | 14-19196-RAM |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

| | | | |
|---|---|---|---|
| a. | Total postpetition ongoing payments due: | (a) | $0.00 |
| b. | Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $0.00 |
| c. | **Total**. Add lines a and b. | (c) | $0.00 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:  08/01/2019   MM / DD / YYYY

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | | | |
|---|---|---|---|
| | ✗ /s/ Mukta Suri | Date | 06/27/2019 |
| | Signature | | |
| Print | Mukta Suri | Title | Authorized Agent for Specialized Loan Servicing, LLC |
| | First Name  Middle Name  Last Name | | |
| Company | Bonial & Associates, P.C. | | |

**If different from the notice address listed on the proof of claim to which this response applies:**

| | | | |
|---|---|---|---|
| Address | P.O. Box 9013 | | |
| | Number    Street | | |
| | Addison, Texas 75001 | | |
| | City    State    ZIP Code | | |
| Contact phone | (972) 643-6600 | Email | POCInquiries@BonialPC.com |

## CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before June 27th, 2019 via electronic notice unless otherwise stated.

**Debtor**          *Via U.S. Mail*
Odalys Garcia De Arcia
1738 NW 4Th Street
Miami, FL 33125-4522


**Debtors' Attorney**
Robert Sanchez ESQ.
Attorney At Law
355 W 49TH ST
HIALEAH, FL  33012

**Chapter 13 Trustee**
Nancy K. Neidich
PO Box 279806
Miramar, Florida 33027

                                              Respectfully Submitted,

                                              /s/  **Mukta Suri**